Kenneth G. Anderson (kanderson@hbblaw.com) (Bar No. 115354)
Margaret J. Grover (mgrover@hbblaw.com) (Bar No. 112701)
Christina VonderHaar (cvonderhaar@hbblaw.com) (Bar No. 245502)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: 310.215.7100
Facsimile: 310.215.7300

FILED
08 MAR -6 PM 2:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for Defendant WILSON UTILITY CONSTRUCTION CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNO J. ROBINSON,<br>Plaintiff,<br>vs.<br>WILSON UTILITY CONSTRUCTION CO., an Oregon corporation, and DOES 1 through 100, inclusive,<br>Defendants. | Case No. '08 CV 425 W NLS<br><br>NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332(a) AND 1441(b)<br><br>[DIVERSITY JURISDICTION]<br><br>[Declaration of Kenneth G. Anderson, Declaration of Debbie Greene, Civil Case Cover Sheet, and Certification As To Interested Parties Filed Concurrently Herewith]<br><br>SDSC Case No. 37-2008-00076755-CU-CR-CTL<br><br>Complaint Filed: January 29, 2008 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that Defendant Wilson Utility Construction Co. hereby removes this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. Section 1441(b) based upon diversity jurisdiction as defined by 28 U.S.C. Section 1332. This removal is based upon the following facts:

1. Plaintiff Deanno J. Robinson (Plaintiff) served a Summons and unverified Complaint for Damages and Demand for Jury Trial (Complaint) Based



ORIGINAL

Upon: 1. Harassment (Government Code Section 12940(j)(1)); 2. Discrimination and Harassment (Government Code Section 12940(k)); 3. Wrongful Discharge (Government Code Section 12940(a)); and 4. Wrongful Discharge in Violation of Public Policy on Defendant Wilson Utility Construction Co. on February 8, 2008. The Complaint was filed in the Superior Court of the State of California, County of San Diego, Case No. 37-2008-00076755-CU-CR-CTL on or about January 29, 2008. A copy of the Summons and Complaint is attached to the Declaration of Kenneth G. Anderson as Exhibit "A".

2. The Complaint alleges that Plaintiff was employed by Wilson Utility Construction Co. from approximately October 2000 through December 13, 2007. Plaintiff alleges that he was harassed and that his employment with Wilson Utility Construction Co. was wrongfully terminated based upon his race, color, ancestry, ethnicity, sexual orientation, and/or perceived sexual orientation. (Complaint, ¶ 24, lines 24-26). The Complaint purports to state claims based upon alleged violations of the California Fair Employment and Housing Act, California Government Code Section 12940 *et seq.*, and violations of California public policy. Defendant Wilson Utility Construction Co. denies Plaintiff Robinson's factual assertions.

3. Plaintiff's Complaint seeks general and special damages in an amount to be proven at trial, but in no event less than $500,000.00. Plaintiff's Complaint also seeks attorneys fees per statute in an amount to be proven at trial, but in no event less than $100,000.00.

4. Defendant Wilson Utility Construction Co. is a corporation organized under the laws of the State of Oregon and having its principle place of business in Oregon. Wilson Utility Construction Co. was organized under the laws of the State of Oregon, under the name "Beard Construction Company, Inc." in September 1975. Attached to the Declaration of Debbie Greene as Exhibit "A" is a true and correct copy of the State of Oregon Department of Commerce Corporate Division Certificate of Amendment to the Articles of Incorporation for Beard Construction Company, Inc. Beard

Construction Company, Inc. formally changed its name to Wilson Utility Construction Co. in September 1975. Attached to the Declaration of Debbie Greene as Exhibit "B" is a true and correct copy of the Articles of Amendment of Beard Construction Company, Inc. reflecting the change of name to Wilson Utility Construction Co.

5. Defendant Wilson Utility Construction Co. is informed and believes, based upon the allegations of Plaintiff's Complaint and the employment records of Plaintiff Deanno Robinson, that Plaintiff Deanno Robinson is an individual citizen of the State of California.

6. This action is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. As there is complete diversity of citizenship, this Court has original jurisdiction under 28 U.S.C. Section 1332. Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. Section 1441(b), in that it.

7. This Notice is timely under 28 U.S.C. Section 1446(b) as it is being filed within thirty (30) days of Defendant Wilson Utility Construction Co.'s receipt of a copy of Plaintiff's Complaint by formal process and within one year of the commencement of the State court action.

8. In accordance with 28 U.S.C. Section 1446(d), the undersigned counsel for Defendant Wilson Utility Construction Co. certifies that he has given notice to all adverse parties and has directed a copy of this notice to be filed with the Clerk of the Superior Court of Los Angeles County, California.

WHEREFORE, Defendant Wilson Utility Construction Co. prays that this case proceed in this Court as an action removed thereto.

Dated: May 3, 2008

HAIGHT BROWN & BONESTEEL LLP

By: ______________________________

Kenneth G. Anderson
Margaret J. Grover
Christina VonderHaar
Attorneys for Defendant
WILSON UTILITY CONSTRUCTION CO.

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

*DEANNO J. ROBINSON vs. WILSON UTILITY CONSTRUCTION CO.*
*37-2008-00076755-CU-CR-CTL*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **March 4, 2008**, I served on interested parties in said action the within:

- ☑ *Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*
- ☐ *Notice of Interested Parties*
- ☐ *Civil Cover Sheet*
- ☐ *Declaration of Kenneth G. Anderson In Support Of Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*
- ☐ *Declaration of Debbie Greene In Support Of Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*

by placing a true copy thereof in a sealed envelope addressed as stated below.

| | |
|---|---|
| Michael A. DesJardins, Esq.<br>DesJardins & Panitz, LLP<br>18000 Studebaker Road, Suite 700<br>Cerritos, CA 90703 | Tel: (562) 467-6900<br>Fax: (562) 924-7801<br><br>Representing Plaintiff, Deanno J. Robinson |

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on **March 4, 2008**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Rob Briner | [signature] |
| (Type or print name) | (Signature) |

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 148476 - SH**

**March 06, 2008**
**14:21:01**

**Civ Fil Non-Pris**
USAO #.: 08CV0425
Judge..: THOMAS J WHELAN
Amount.: $350.00 CK
Check#.: B210157

**Total-> $350.00**

FROM: ROBINSON V. WILSON UTILITY
CONSTRUCTION CO

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Deanno Robinson, an individual

**DEFENDANTS**
Wilson Utility Construction Co., an Oregon corporation
Does 1 through 100

FILED
08 MAR -6 PM 2:55

**(b)** County of Residence of First Listed Plaintiff Riverside, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Clackamas, Oregon
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
SOUTHERN DISTRICT OF CALIFORNIA

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael A. DesJardins (SBN 145970) md@djplawyers.com
DesJardins & Panitz LLP
18000 Studebaker Road, Suite 700
Cerritos, CA 90703
Tel: (562) 467-6900

Attorneys (If Known)
Kenneth G. Anderson (SBN 115354) kanderson@hbblaw.com
Margaret J. Grover (SBN 112701) mgrover@hbblaw.com
Christina E. VonderHaar (SBN 245502) cvonderhaar@hbblaw.com
Haight, Brown & Bonesteel, LLP
6080 Center Drive, Suite 800; Los Angeles, CA 90045
Tel: (310) 215-7100)

DEPUTY

'08 CV 425 W NLS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus – Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 USC 1441(b) and 28 USC 1332

Brief description of cause:
Complete diversity of citizenship, with amount in controversy exceeding $75,000.00

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE
March 4, 2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 148476 AMOUNT $350 APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

sea 3/6/08

American LegalNet, Inc. www.FormsWorkflow.com

ORIGINAL

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

*DEANNO J. ROBINSON vs. WILSON UTILITY CONSTRUCTION CO.*
*37-2008-00076755-CU-CR-CTL*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **March 4, 2008**, I served on interested parties in said action the within:

- ☐ *Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*
- ☐ *Notice of Interested Parties*
- ☑ *Civil Cover Sheet*
- ☐ *Declaration of Kenneth G. Anderson In Support Of Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*
- ☐ *Declaration of Debbie Greene In Support Of Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*

by placing a true copy thereof in a sealed envelope addressed as stated below.

Michael A. DesJardins, Esq.
DesJardins & Panitz, LLP
18000 Studebaker Road, Suite 700
Cerritos, CA 90703

Tel: (562) 467-6900
Fax: (562) 924-7801

Representing Plaintiff, Deanno J. Robinson

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on **March 4, 2008**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rob Briner
(Type or print name)

Rob Briner
(Signature)