Kenneth G. Anderson (kanderson@hbblaw.com) (Bar No. 115354)
Margaret J. Grover (mgrover@hbblaw.com) (Bar No. 112701)
Christina VonderHaar (cvonderhaar@hbblaw.com (Bar No. 245502)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: 310.215.7100
Facsimile: 310.215.7300

FILED
08 MAR -6 PM 2:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for Defendant WILSON UTILITY CONSTRUCTION CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNO J. ROBINSON, Plaintiff, vs. WILSON UTILITY CONSTRUCTION CO., an Oregon corporation, and DOES 1 through 100, inclusive, Defendants. | Case No. '08 CV 425 W NLS<br>DECLARATION OF DEBBIE GREENE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332(a) AND 1441(b)<br>[DIVERSITY JURISDICTION]<br>SDSC Case No. 37-2008-00076755-CU-CR-CTL<br>Complaint Filed: January 29, 2008 |

I, Debbie Greene, declare as follows:

1. I am the comptroller for Wilson Construction Co. and have been with the company over twenty years. In my capacity as comptroller, I am responsible for all financial components of Wilson Construction Co., including the preparation of financial statements, maintenance of cash controls, supervision of accounts payable, accounts receivable, payroll and office operations, as well as other administrative functions. As comptroller, I am familiar with the operations of Wilson Construction Co. and its subsidiaries. I have personal knowledge of all facts set forth in this Declaration and, if called as a witness, could testify competently to those facts.



ORIGINAL

2. Wilson Utility Construction Co., defendant in the above-captioned matter, is a wholly owned subsidiary of Wilson Construction Co.

3. Wilson Utility Construction Co. has its principal place of business in Canby, Oregon.

4. Wilson Utility Construction Co. was organized under the laws of the State of Oregon, under the name "Beard Construction Company, Inc." in September 1975. Attached hereto as Exhibit "A" is a true and correct copy of the State of Oregon Department of Commerce Corporate Division Certificate of Amendment to the Articles of Incorporation for Beard Construction Company, Inc.

5. Beard Construction Company, Inc. formally changed its name to Wilson Utility Construction Co. in September 1975. Attached hereto as Exhibit "B" is a true and correct copy of the Articles of Amendment of Beard Construction Company, Inc. reflecting the change of name to Wilson Utility Construction Co.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of March 2008, at Canby, Oregon.

[signature]
Debbie Greene

EXHIBIT A

Submit in duplicate

# Articles of Amendment

of

BEARD CONSTRUCTION COMPANY, INC.

(Present (not new) Corporate Name)

FILED
IN THE OFFICE OF THE CORPORATION COMMISSIONER OF THE STATE OF OREGON
SEP 22 1975
FRANK J. HEALY
CORPORATION COMMISSIONER

Pursuant to ORS 57.360(1), a majority of the shareholders of the corporation entitled to vote thereon adopt the following Articles of Amendment:

1. The name of the corporation prior to this amendment is:

BEARD CONSTRUCTION COMPANY, INC.

2. The following amendment of the Articles of Incorporation was adopted by the shareholders on September 19, 19 75:

(The article or articles being amended should be set forth in full as they will be amended to read.)

The Articles of Incorporation of this corporation shall be amended in its entirety to read as follows:

"ARTICLE I.

The name by which this corporation shall be known shall be WILSON UTILITY CONSTRUCTION CO."

3. Indicate total number of shares which, at time of adoption of amendment, were outstanding 200; entitled to vote thereon 200; voted for amendment 200; voted against amendment 0.

4. If the shares of any class were entitled to vote on such amendment as a class, designate the number of outstanding shares entitled to vote thereon and the number of shares of each such class voted for and against such amendment: None.

| Class | Number of Shares Outstanding and Entitled to Vote | Number of Shares Voted For | Against |
|---|---|---|---|

5. If amendment provides for an exchange, reclassification or cancellation of issued shares, and the manner in which the same shall be effected is not otherwise set forth herein, the exchange, reclassification or cancellation shall be effected as follows: Not Applicable.

6. If amendment effects a change in amount of stated capital, the amount of stated capital as ~~changed is $____. Change~~ effected as follows: Not Applicable.

We, the undersigned, declare under the penalties of perjury that we have examined the foregoing and to the best of our knowledge and belief it is true, correct and complete.

Matt O. Wilson, President and Norma E. Wilson, Secretary

Dated September 19, 1975

TO: Corporation Division
Department of Commerce

CONSENT TO USE OF NAME

We, the undersigned, hereby certify:

That, in our opinion, the name WILSON UTILITY CONSTRUCTION CO. is not so similar to the name of this business as to tend to confuse or deceive the public; and

That WILSON CONSTRUCTION CO.
(Name of Your Firm)

hereby consents to the filing of WILSON UTILITY CONSTRUCTION CO.
(Proposed Name of the New Firm)

in the State of Oregon.

IN WITNESS WHEREOF, we have set our hands this 19th day of September, 1975.

WILSON CONSTRUCTION CO.
(Name of Firm)

By [signature]
Matt O. Wilson, President
[signature]
Norma E. Wilson, Secretary

1. Where the consenting party is a corporation, this form must be signed by the President and Secretary thereof.

2. Where the consenting party is an assumed business name, this form must be signed by all current parties of interest.

C/ABN-200
11-67

C-12-B/N/C CERTIFICATE OF AMENDMENT
3-74

# State of Oregon

STATE OF OREGON
1859

# Department of Commerce
# Corporation Division

## Certificate of Amendment

OF

BEARD CONSTRUCTION COMPANY, INC.

*The undersigned, as Corporation Commissioner of the State of Oregon, hereby certifies that duplicate originals of Articles of Amendment to the Articles of Incorporation, duly signed and verified pursuant to the provisions of the Oregon* Business *Corporation Act, have been received in this office and are found to conform to law.*

*ACCORDINGLY, the undersigned, as such Corporation Commissioner, and by virtue of the authority vested in him by law, hereby issues this Certificate of Amendment to the Articles of Incorporation and attaches hereto a duplicate original of the Articles of Amendment.*

WILSON UTILITY CONSTRUCTION CO.

**In Testimony Whereof,** *I have hereunto set my hand and affixed hereto the seal of the Corporation Division of the Department of Commerce of the State of Oregon this* 22nd *day of* September *, 19*75 .

**Frank J. Healy**
*Corporation Commissioner*

*By* ..........................................

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

*DEANNO J. ROBINSON vs. WILSON UTILITY CONSTRUCTION CO.*
*37-2008-00076755-CU-CR-CTL*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **March 4, 2008**, I served on interested parties in said action the within:

- ☐ *Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*
- ☐ *Notice of Interested Parties*
- ☐ *Civil Cover Sheet*
- ☐ *Declaration of Kenneth G. Anderson In Support Of Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*
- ☑ *Declaration of Debbie Greene In Support Of Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*

by placing a true copy thereof in a sealed envelope addressed as stated below.

Michael A. DesJardins, Esq.
DesJardins & Panitz, LLP
18000 Studebaker Road, Suite 700
Cerritos, CA 90703

Tel: (562) 467-6900
Fax: (562) 924-7801

Representing Plaintiff, Deanno J. Robinson

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on **March 4, 2008**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rob Briner
(Type or print name)

[signature]
(Signature)