Kenneth G. Anderson (kanderson@hbblaw.com) (Bar No. 115354)
Margaret J. Grover (mgrover@hbblaw.com) (Bar No. 112701)
Christina VonderHaar (cvonderhaar@hbblaw.com) (Bar No. 245502)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: 310.215.7100
Facsimile: 310.215.7300

FILED
08 MAR -6 PM 2:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for Defendant WILSON UTILITY CONSTRUCTION CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 425 W NLS

| | |
|---|---|
| DEANNO J. ROBINSON, Plaintiff, vs. WILSON UTILITY CONSTRUCTION COMPANY, an Oregon corporation, and DOES 1 through 100, inclusive, Defendants. | Case No. NOTICE OF INTERESTED PARTIES SDSC Case No. 37-2008-00076755-CU-CR-CTL Complaint Filed: January 29, 2008 |

The undersigned, counsel of record for Defendant Wilson Utility Construction Co. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Deanno J. Robinson | Plaintiff |
| Wilson Utility Construction Co. | Defendant |
| Wilson Construction Co. | Parent company of Defendant |



ORIGINAL

Dated: __________, 2008

HAIGHT BROWN & BONESTEEL LLP

By: ______________________________

Kenneth G. Anderson
Margaret J. Grover
Christina VonderHaar
Attorneys for Defendant
WILSON UTILITY
CONSTRUCTION CO.

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

*DEANNO J. ROBINSON vs. WILSON UTILITY CONSTRUCTION CO.*
*37-2008-00076755-CU-CR-CTL*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **March 4, 2008**, I served on interested parties in said action the within:

☐ *Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*

☑ *Notice of Interested Parties*

☐ *Civil Cover Sheet*

☐ *Declaration of Kenneth G. Anderson In Support Of Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*

☐ *Declaration of Debbie Greene In Support Of Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*

by placing a true copy thereof in a sealed envelope addressed as stated below.

Michael A. DesJardins, Esq.
DesJardins & Panitz, LLP
18000 Studebaker Road, Suite 700
Cerritos, CA 90703

Tel: (562) 467-6900
Fax: (562) 924-7801

Representing Plaintiff, Deanno J. Robinson

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on **March 4, 2008**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rob Briner
(Type or print name)

[signature]
(Signature)