Kenneth G. Anderson (Bar No. 115354)
Margaret J. Grover (Bar No. 112701)
Christina VonderHaar (Bar No. 245502)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: 310.215.7100
Facsimile: 310.215.7300

Attorneys for Defendant WILSON UTILITY CONSTRUCTION CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNO J. ROBINSON, Plaintiff, vs. WILSON UTILITY CONSTRUCTION COMPANY, an Oregon corporation, and DOES 1 through 100, inclusive, Defendants. | Case No. 3:08-cv-00425-W-NLS<br><br>NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT<br><br>Complaint Filed: January 29, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** a Notice of Removal of this action was filed in the United States District Court for the Southern District of California on March 6, 2008. A copy of the Notice of Removal is attached to this Notice.

Dated: March 11, 2008

HAIGHT BROWN & BONESTEEL LLP

By: ______________________
Kenneth G. Anderson
Margaret J. Grover
Christina VonderHaar
Attorneys for Defendant
WILSON UTILITY
CONSTRUCTION CO.

# Exhibit "A"

Kenneth G. Anderson (kanderson@hbblaw.com) (Bar No. 115354)
Margaret J. Grover (mgrover@hbblaw.com) (Bar No. 112701)
Christina VonderHaar (cvonderhaar@hbblaw.com) (Bar No. 245502)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: 310.215.7100
Facsimile: 310.215.7300

FILED
08 MAR -6 PM 2:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for Defendant WILSON UTILITY CONSTRUCTION CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNO J. ROBINSON,<br>Plaintiff,<br>vs.<br>WILSON UTILITY CONSTRUCTION CO., an Oregon corporation, and DOES 1 through 100, inclusive,<br>Defendants. | Case No. '08 CV 425 W NLS<br>NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332(a) AND 1441(b)<br>[DIVERSITY JURISDICTION]<br>[Declaration of Kenneth G. Anderson, Declaration of Debbie Greene, Civil Case Cover Sheet, and Certification As To Interested Parties Filed Concurrently Herewith]<br>SDSC Case No. 37-2008-00076755-CU-CR-CTL<br>Complaint Filed: January 29, 2008 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that Defendant Wilson Utility Construction Co. hereby removes this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. Section 1441(b) based upon diversity jurisdiction as defined by 28 U.S.C. Section 1332. This removal is based upon the following facts:

1. Plaintiff Deanno J. Robinson (Plaintiff) served a Summons and unverified Complaint for Damages and Demand for Jury Trial (Complaint) Based

Upon: 1. Harassment (Government Code Section 12940(j)(1)); 2. Discrimination and Harassment (Government Code Section 12940(k)); 3. Wrongful Discharge (Government Code Section 12940(a)); and 4. Wrongful Discharge in Violation of Public Policy on Defendant Wilson Utility Construction Co. on February 8, 2008. The Complaint was filed in the Superior Court of the State of California, County of San Diego, Case No. 37-2008-00076755-CU-CR-CTL on or about January 29, 2008. A copy of the Summons and Complaint is attached to the Declaration of Kenneth G. Anderson as Exhibit "A".

2. The Complaint alleges that Plaintiff was employed by Wilson Utility Construction Co. from approximately October 2000 through December 13, 2007. Plaintiff alleges that he was harassed and that his employment with Wilson Utility Construction Co. was wrongfully terminated based upon his race, color, ancestry, ethnicity, sexual orientation, and/or perceived sexual orientation. (Complaint, ¶ 24, lines 24-26). The Complaint purports to state claims based upon alleged violations of the California Fair Employment and Housing Act, California Government Code Section 12940 *et seq.*, and violations of California public policy. Defendant Wilson Utility Construction Co. denies Plaintiff Robinson's factual assertions.

3. Plaintiff's Complaint seeks general and special damages in an amount to be proven at trial, but in no event less than $500,000.00. Plaintiff's Complaint also seeks attorneys fees per statute in an amount to be proven at trial, but in no event less than $100,000.00.

4. Defendant Wilson Utility Construction Co. is a corporation organized under the laws of the State of Oregon and having its principle place of business in Oregon. Wilson Utility Construction Co. was organized under the laws of the State of Oregon, under the name "Beard Construction Company, Inc." in September 1975. Attached to the Declaration of Debbie Greene as Exhibit "A" is a true and correct copy of the State of Oregon Department of Commerce Corporate Division Certificate of Amendment to the Articles of Incorporation for Beard Construction Company, Inc. Beard

Construction Company, Inc. formally changed its name to Wilson Utility Construction Co. in September 1975. Attached to the Declaration of Debbie Greene as Exhibit "B" is a true and correct copy of the Articles of Amendment of Beard Construction Company, Inc. reflecting the change of name to Wilson Utility Construction Co.

5. Defendant Wilson Utility Construction Co. is informed and believes, based upon the allegations of Plaintiff's Complaint and the employment records of Plaintiff Deanno Robinson, that Plaintiff Deanno Robinson is an individual citizen of the State of California.

6. This action is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. As there is complete diversity of citizenship, this Court has original jurisdiction under 28 U.S.C. Section 1332. Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. Section 1441(b), in that it.

7. This Notice is timely under 28 U.S.C. Section 1446(b) as it is being filed within thirty (30) days of Defendant Wilson Utility Construction Co.'s receipt of a copy of Plaintiff's Complaint by formal process and within one year of the commencement of the State court action.

8. In accordance with 28 U.S.C. Section 1446(d), the undersigned counsel for Defendant Wilson Utility Construction Co. certifies that he has given notice to all adverse parties and has directed a copy of this notice to be filed with the Clerk of the Superior Court of Los Angeles County, California.

WHEREFORE, Defendant Wilson Utility Construction Co. prays that this case proceed in this Court as an action removed thereto.

Dated: May 3, 2008

HAIGHT BROWN & BONESTEEL LLP

By: ______________________

Kenneth G. Anderson
Margaret J. Grover
Christina VonderHaar
Attorneys for Defendant
WILSON UTILITY CONSTRUCTION CO.

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

*DEANNO J. ROBINSON vs. WILSON UTILITY CONSTRUCTION CO.*
*37-2008-00076755-CU-CR-CTL*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **March 4, 2008**, I served on interested parties in said action the within:

- ☑ *Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*
- ☐ *Notice of Interested Parties*
- ☐ *Civil Cover Sheet*
- ☐ *Declaration of Kenneth G. Anderson In Support Of Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*
- ☐ *~~Declaration of Debbie Greene In Support Of Notice of Removal of Civil~~ Action Under 28 U.S.C. Sections 1332(a) and 1441(b)*

by placing a true copy thereof in a sealed envelope addressed as stated below.

Michael A. DesJardins, Esq.
DesJardins & Panitz, LLP
18000 Studebaker Road, Suite 700
Cerritos, CA 90703

Tel: (562) 467-6900
Fax: (562) 924-7801

Representing Plaintiff, Deanno J. Robinson

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on **March 4, 2008**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rob Briner
(Type or print name)

[Signature]
(Signature)

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

*DEANNO J. ROBINSON vs. WILSON UTILITY CONSTRUCTION CO.*
*USDC Southern Case No. 3:08-cv-00425-W-NLS*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **March 11, 2008**, I served on interested parties in said action the within:

*Notice To Adverse Party Of Removal To Federal court*

by placing a true copy thereof in a sealed envelope addressed as stated below and causing such envelope to be deposited in the U.S. Mail at Los Angeles, California.

Michael A. DesJardins, Esq.
DesJardins & Panitz, LLP
18000 Studebaker Road, Suite 700
Cerritos, CA 90703

Tel: 562) 467-6900
Fax: (562) 924-7801

Attorney for Plaintiff, Deanno J. Robinson

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on **March 11, 2008**, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Rob Briner
(Type or print name)

[signature]
(Signature)