Michael A. DesJardins (SBN 145970)
md@djplawyers.com
Eric A. Panitz (SBN 243877)
DesJardins & Panitz LLP
18000 Studebaker Road, Suite 700
Cerritos, California 90703
T: (562) 924-7800
F: (562) 924-7801

Attorneys for Plaintiff
DEANNO J. ROBINSON

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANNO J. ROBINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILSON UTILITY CONSTRUCTION COMPANY, an Oregon corporation, and DOES, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:08-CV-00425-W-NLS<br>[Complaint filed: 01/29/08]<br><br>DEMAND FOR JURY TRIAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff, DEANNO J. ROBINSON hereby demands trial by jury in the above entitled court.

DESJARDINS & PANITZ, LLP

DATED: March 14, 2008 By: ______________________
Eric A. Panitz
Attorney for Plaintiff
DEANNO J. ROBINSON