Kenneth G. Anderson (kanderson@hbblaw.com) (Bar No. 115354)
Margaret J. Grover (mgrover@hbblaw.com) (Bar No. 112701)
Christina VonderHaar (cvonderhaar@hbblaw.com) (Bar No. 245502)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: 310.215.7100
Facsimile: 310.215.7300

Attorneys for Defendant WILSON UTILITY CONSTRUCTION CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNO J. ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>WILSON UTILITY CONSTRUCTION CO., an Oregon corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:08-cv-00425-W-NLS<br><br>DECLARATION OF KENNETH G. ANDERSON ATTACHING THE ANSWER OF DEFENDANT WILSON UTILITY CONSTRUCTION CO. TO IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332(a) AND 1441(b)<br><br>[DIVERSITY JURISDICTION]<br><br>SDSC Case No. 37-2008-00076755-CU-CR-CTL<br><br>Complaint Filed: January 29, 2008 |

I, Kenneth G. Anderson, declare as follows:

1. I am a member of the law firm of Haight, Brown & Bonesteel, L.L.P., counsel of record for Wilson Utility Construction Co. in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. Based upon my review of the underlying file and day-to-day handling of this case, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit "A" is a copy of the Answer Of Defendant Wilson Utility Construction Co. To Complaint For Damages And Demand For Jury Trial Of Plaintiff Deanno J. Robinson, filed on March 3, 2008, in the Superior Court of San Diego County.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of April, 2008, at Los Angeles, California.

Kenneth G. Anderson

# Exhibit "A"

Kenneth G. Anderson (Bar No. 115354)
Margaret J. Grover (Bar No. 112701)
Christina VonderHaar (Bar No. 245502)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: 310.215.7100
Facsimile: 310.215.7300

Attorneys for Defendant WILSON UTILITY CONSTRUCTION CO.

CIVIL BUSINESS OFFICE
CENTRAL DIVISION
2008 MAR -3 PM 3:36
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

CENTRAL DISTRICT

DEANNO J. ROBINSON,

Plaintiff,

vs.

WILSON UTILITY CONSTRUCTION CO., an Oregon corporation, and DOES 1 through 100, inclusive,

Defendants.

Case No. 37-2008-00076755-CU-CR-CTL

[Assigned to Judge Charles R. Hayes (Dept. C-66)]

ANSWER OF DEFENDANT WILSON UTILITY CONSTRUCTION CO. TO COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL OF PLAINTIFF DEANNO J. ROBINSON

Complaint Filed: January 29, 2008
Trial Date: None Set

Defendant Wilson Utility Construction Co., for itself and no other defendant, answers the unverified Complaint for Damages and Demand for Jury Trial Based Upon: 1. Harassment (Government Code Section 12940(j)(1)); 2. Discrimination and Harassment (Government Code Section 12940(k)); 3. Wrongful Discharge (Government Code Section 12940(a)); and, 4. Wrongful Discharge in Violation of Public Policy filed by Plaintiff Deanno J. Robinson on or about January 29, 2008 (Complaint) as follows:

**GENERAL DENIAL**

Pursuant to California Code of Civil Procedure Section 431.30, Wilson Utility Construction Co. denies generally and specifically each and every material allegation contained in the Complaint. However, Wilson Utility Construction Co. admits that it is a

corporation organized under laws of the State of Oregon and having its principal place of business in the State of Oregon.

Wilson Utility Construction Co. lacks sufficient information or belief to admit or deny Plaintiff's allegations regarding damages and, on that basis, denies that Plaintiff has been injured in the amount alleged, or in any amount, as the result of any unlawful act or omission by Wilson Utility Construction Co.

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

The Complaint fails to state facts sufficient to constitute a cause of action or a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

(Statute of Limitations)

Any recovery on the Complaint is barred by the applicable statute of limitations including, without limitation, California Code of Civil Procedure Sections 337, 337.2, 338, 339, 340, and 343 and California Government Code Section 12960.

**THIRD AFFIRMATIVE DEFENSE**

(Failure to Exhaust Administrative Remedies)

Wilson Utility Construction Co. is informed and believes and on that basis alleges that any recovery on the Complaint is barred in that Plaintiff failed to exhaust his administrative remedies.

**FOURTH AFFIRMATIVE DEFENSE**

(Mitigation of Damages)

Wilson Utility Construction Co. is informed and believes, and on that basis alleges, that Plaintiff has failed to mitigate his alleged damages, and that such failure bars or diminishes any recovery on the Complaint or any cause of action alleged therein.

**FIFTH AFFIRMATIVE DEFENSE**

(Workers' Compensation Preemption)

Plaintiff's claims are barred, in whole or in part, because Workers' Compensation provides the sole and exclusive remedy pursuant to California Labor Code Sections 3200 *et seq.*

**SIXTH AFFIRMATIVE DEFENSE**

(No Attorneys' Fees)

The Complaint fails to state facts sufficient to support a claim upon which attorneys' fees may be awarded as against Wilson Utility Construction Co..

**SEVENTH AFFIRMATIVE DEFENSE**

(Federal Preemption)

Section 301 of the Labor Management Relations Act, 29 U.S.C.A. Section 185(a), preempts the state law claims asserted in the Complaint because resolution of those claims is substantially dependent on analysis of the California Outside Line Construction Agreement between Western Line Constructors Chapter of NECA and Local Unions No. 47 and 1245 AFL-CIO International Brotherhood of Electrical Workers, effective June 1, 2006 through May 31, 2009.

**EIGHTH AFFIRMATIVE DEFENSE**

(Written Terms)

To the extent Plaintiff has based his claims upon oral or implied terms, those terms are contradicted by, are inconsistent with, or are superseded by express written terms governing his relationship with Wilson Utility Construction Co.

**NINTH AFFIRMATIVE DEFENSE**

(Good Faith)

Any alleged act or omission by Wilson Utility Construction Co. concerning Plaintiff's employment was taken for lawful, nondiscriminatory reasons, and Wilson Utility Construction Co. acted in good faith.

**TENTH AFFIRMATIVE DEFENSE**

(Grievance Process)

The parties have agreed that any dispute between the parties regarding the interpretation or application of any of the terms or conditions of the employment Agreement between Plaintiff and Wilson Utility Construction Co. shall be resolved by a detailed grievance process as set forth in the California Outside Line Construction Agreement between Western Line Constructors Chapter of NECA and Local Unions No. 47 and 1245 AFL-CIO International Brotherhood of Electrical Workers, effective June 1, 2006 through May 31, 2009. As a result, Plaintiff must submit a grievance, rather than filing his Complaint with the Superior Court.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Failure to Join Necessary Parties)

Any recovery on the Complaint is barred or diminished in that Plaintiff has failed to join all parties necessary to resolve the dispute.

**REQUEST FOR RELIEF**

WHEREFORE Wilson Utility Construction Co. respectfully requests:

1. That judgment be entered in favor of Wilson Utility Construction Co.;
2. That Plaintiff take nothing by way of his Complaint;
3. That Wilson Utility Construction Co. be awarded its attorney's fees, costs of suit, and such other and further relief as the Court deems just and proper.

Dated: March 3, 2008

HAIGHT BROWN & BONESTEEL LLP

By: ______________________

Kenneth G. Anderson
Margaret J. Grover
Christina VonderHaar
Attorneys for Defendant
WILSON UTILITY
CONSTRUCTION CO.

6.
Decl. of KGA

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

*DEANNO J. ROBINSON vs. WILSON UTILITY CONSTRUCTION CO.*
*37-2008-00076755-CU-CR-CTL*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **March 3, 2008**, I served on interested parties in said action the within:

*Answer Of Defendant Wilson Utility Construction Co. To Complaint For Damages And Demand For Jury Trial Of Plaintiff Deanno J. Robinson*

by placing a true copy thereof in a sealed envelope addressed as stated below.

Michael A. DesJardins, Esq.
DesJardins & Panitz, LLP
18000 Studebaker Road, Suite 700
Cerritos, CA 90703

Tel: (562) 467-6900
Fax: (562) 924-7801

For Plaintiff Deanno J. Robinson

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on **March 3, 2008**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rob Briner
(Type or print name)

[signature]
(Signature)

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

*DEANNO J. ROBINSON vs. WILSON UTILITY CONSTRUCTION CO.*
*USDC Southern Case No. 3:08-cv-00425-W-NLS*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **April 15, 2008**, I served on interested parties in said action the within:

*DECLARATION OF KENNETH G. ANDERSON ATTACHING THE ANSWER OF DEFENDANT WILSON UTILITY CONSTRUCTION CO. TO COMPLAINT FOR DAMAGES, AS FILED IN THE SUPERIOR COURT OF SAN DIEGO COUNTY ON MARCH 3, 2008, IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332(a) AND 1441(b)*

by placing a true copy thereof in a sealed envelope addressed as stated below and causing such envelope to be deposited in the U.S. Mail at Los Angeles, California.

Michael A. DesJardins, Esq.
DesJardins & Panitz, LLP
18000 Studebaker Road, Suite 700
Cerritos, CA 90703

Tel: 562) 467-6900
Fax: (562) 924-7801

Attorney for Plaintiff, Deanno J. Robinson

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on **April 15, 2008**, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Rob Briner
(Type or print name)

(Signature)