**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEANNO J. ROBINSON,<br><br>Plaintiff,<br>v.<br><br>WILSON UTILITY CONSTRUCTION COMPANY, an Oregon corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.08cv425 W (NLS)<br><br>**NOTICE AND ORDER SETTING *TELEPHONIC* SETTLEMENT DISPOSITION CONFERENCE** |

The Court held an Early Neutral Evaluation on May 28, 2008. The case settled. Therefore, a ***telephonic*** Settlement Disposition Conference will be held in this matter on ***July 18, 2008, at 9:45 a.m.*** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the parties file the appropriate dismissal papers before that time.

**IT IS SO ORDERED.**

DATED: May 29, 2008

Nita L. Stormes

Hon. Nita L. Stormes
U.S. Magistrate Judge