Kenneth G. Anderson (Bar No. 115354)
Margaret J. Grover (Bar No. 112701)
Christina VonderHaar (Bar No. 245502)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: 310.215.7100
Facsimile: 310.215.7300

Attorneys for Defendant WILSON UTILITY CONSTRUCTION CO.

Michael A. DesJardins, Esq.
DESJARDINS & PANITZ, LLP
18000 Studebaker Road, Suite 700
Cerritos, California 90703

Attorneys for Plaintiff DEANNO J. ROBINSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNO J. ROBINSON,<br>Plaintiff,<br>vs.<br>WILSON UTILITY CONSTRUCTION COMPANY, an Oregon corporation, and DOES 1 through 100, inclusive,<br>Defendants. | Case No. 3:08-cv-00425-W-NLS<br><br>STIPULATED DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE ~~AND [PROPOSED] ORDER DISMISSING ACTION~~<br><br>Complaint Filed: January 29, 2008 |

WHEREAS the parties to this action have reached a confidential amicable resolution of all claims and causes of action now pending;

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that the action may be dismissed, in its entirety, with prejudice.

Dated: June 23, 2008

DESJARDINS & PANITZ, LLP

By: [signature]
Michael A. DesJardins, Esq.
Attorneys for Plaintiff
DEANNO J. ROBINSON

Dated: June 30, 2008

HAIGHT BROWN & BONESTEEL LLP

By: ______________________

Kenneth G. Anderson
Margaret J. Grover
Christina VonderHaar
Attorneys for Defendant
WILSON UTILITY
CONSTRUCTION CO.

~~IT IS SO ORDERED.~~

Dated: June ______, 2008

______________________

Hon. Thomas J. Whelan
Judge of the United States District Court

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

*DEANNO J. ROBINSON vs. WILSON UTILITY CONSTRUCTION CO.*
*USDC Southern Case No. 3:08-cv-00425-W-NLS*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On **June 30, 2008**, I served on interested parties in said action the within:

*STIPULATED DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE*

by placing a true copy thereof in a sealed envelope addressed as stated below and causing such envelope to be deposited in the U.S. Mail at Los Angeles, California.

| | |
|---|---|
| Michael A. DesJardins, Esq.<br>DesJardins & Panitz, LLP<br>18000 Studebaker Road, Suite 700<br>Cerritos, CA 90703 | Tel: 562) 467-6900<br>Fax: (562) 924-7801<br><br>Attorney for Plaintiff, Deanno J. Robinson |

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on **June 30, 2008**, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| | |
|---|---|
| Rob Briner | [signature] |
| (Type or print name) | (Signature) |