FILED
2008 JUL -1 PM 3:47
CLERK US DIST. COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

DEANNO J. ROBINSON,

Plaintiff,

v.

WILSON UTILITY CONSTRUCTION COMPANY, et al.,

Defendants.

CASE NO: 08-CV-425 W (NLS)

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 11]**

Pending before the Court is the parties' joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the motion (Doc. No. 11).

**IT IS SO ORDERED.**

DATE: July 1, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California